**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Kruger
Plaintiff,
v.
Reynaldo Guevara, et al.
Defendant.

Case No.: 1:25−cv−14304
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 46, Rule 26(a)(1) disclosures due 05/18/2026. The first round of written discovery requests must be issued by 06/02/2026. Fact discovery, including any treating health care providers (if any), must be completed by 01/06/2027. Rule 26(a)(2)(C) summaries for treating health care providers (if any) must be disclosed 60 days in advance of the fact discovery deadline, and adjusts with any general extension of fact discovery deadline. Civil Rule 16(b)(3)(A) deadline set for 09/08/2026, after which good cause must be shown to add parties or amend pleadings. Alioto v. Town of Lisbon, 651 F.3d 715, 719−20 (7th Cir. 2011). Before that deadline, Rule 15(a)(2) applies. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** Discovery supervision is referred to the magistrate judge (including the authority to adjust all deadlines and to set retained−expert discovery). The tracking status hearing of 05/01/2026 for Judge Chang is reset to 07/10/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.