**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID KRUGER, *Plaintiff*, v. REYNALDO GUEVARA et al., *Defendants*. | ) | Case No. 25-cv-14304<br>Hon. Edmond E. Chang<br>District Judge |

**<u>JOINT STATUS REPORT</u>**

On July 8, 2026, the Court ordered the parties to file "an updated status report[.]" To comply with that order, the parties report as follows:

1. Outstanding when the parties submitted their last reports were Plaintiff's subpoena to the Cook County State's Attorney's Office, a proposed confidentiality order, and the parties responses to each other's written discovery. ECF No. 51 ¶¶ 4, 7-8.

2. Since that update, the parties agreed to and the Court entered the confidentiality order. ECF Nos. 54-56.

3. The CCSAO then requested a supplemental confidentiality order before producing their documents in response to Plaintiff's subpoena.

4. The parties agreed to and submitted that supplemental order, and the Court entered it. ECF Nos. 57-59.

5. Plaintiff has shared the orders with CCSAO. CCSAO has yet to make its first production of documents.

6. As to the written discovery, at Plaintiff's requests, the deadline for responses from all parties to all outstanding written discovery has been extended to August 25, 2026.

7. Plaintiff requested the extension in the hope of having CCSAO's documents in hand to prepare his answers; this to avoid serving answers and then having to supplement them right away. Defendants do not agree that is necessary because they do not believe there is a correlation between the CCSAO's subpoena response and Plaintiff answering discovery, and because Plaintiff has not produced any documents yet in this case, but have nonetheless accommodated Plaintiff's request.

8. After serving discovery responses, the parties will schedule depositions.

Dated: August 19, 2026

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy

Jon Loevy
Russell Ainsworth
Thomas R. Kayes
LOEVY + LOEVY
311 North Aberdeen, Third Floor
Chicago, Illinois 60607
t. 312.243.5900
kayes@loevy.com

Attorneys for Plaintiff

*/s/ Austin G. Rahe*
*Special Assistant Corporation Counsel*
*One of the Attorneys for the City of Chicago*

Eileen E. Rosen
Theresa B. Carney
Catherine M. Barber
Austin G. Rahe
Lauren M. Ferrise
Sabrina A. Scardamaglia
Martin W. McManaman
Jacob H. Karaca
**Rock Fusco & Connelly, LLC**
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
312.494.1000

erosen@rfclaw.com

*/s/ Christiane E. Murray*
Special Assistant Corporation Counsel
One of the Attorneys for Reynaldo Guevara

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Christiane E. Murray
Amanda C. Guertler
Katherine E. Wilkie
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030